IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH PHILLIP KNOWLES**                                                                **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:12-cv-371-HSO-RHW**

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security                                           **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Joseph Phillip Knowles' Objections [15] to Magistrate Judge Robert H. Walker's Proposed Findings of Fact and Recommendation [14]. The Court, by separate Order entered this date, has overruled Plaintiff's Objections [15], adopted the Magistrate Judge's Proposed Findings of Fact and Recommendation [14] as the finding of this Court, and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of March, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE